JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOROTHY COTTRELL** | **CASE NO. SACV10-0099 DOC(RNBx)** |
| **Plaintiff(s),** | JUDGMENT |
| v. | |
| **AIDE BARRERA, ET AL.** | |
| **Defendant(s).** | |

It is ORDERED that judgment shall be entered against plaintiff Dorothy Cottrell and in favor of defendants Aide Barrera, Maria Sandoval, Leroy Dawd, Alexander Trevino, SB Financial Home Loans, Inc., and County Records Research, Inc. The parties shall bear their own costs.

DATED: June 30, 2010        _____

DAVID O. CARTER
United States District Judge